IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV406-MOC-DSC

CALVIN LATIMER and SANDRA LATIMER, )
)
       **Plaintiffs,** )
)
v. )
)
)
US SOCIAL SECURITY ADMINISTRATION, )
et. al., )
)
       **Defendants.** )
)
_____)

## ORDER

**THIS MATTER IS BEFORE THE COURT** sua sponte regarding "United States' Motion To Dismiss" (document #2) filed July 5, 2012.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiffs, who are proceeding pro se, that they have a right to respond to Defendant's Motion. The Court also advises Plaintiffs that failure to respond may result in Defendant being granted the relief it seeks, that is, the **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that Plaintiffs are allowed until July 25, 2012 to respond to "United States' Motion To Dismiss."

**SO ORDERED**.         Signed: July 5, 2012

_____
David S. Cayer
United States Magistrate Judge