UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00406-MOC-DSC

| | |
|---|---|
| **CALVIN LATIMER and SANDRA LATIMER,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **US SOCIAL SECURITY ADMINISTRATION, et. al.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on Plaintiffs' *pro se* "Motion for Disposition of Children." (#10). Review of the record indicates that this court does not have jurisdiction over this case and that this matter was remanded to state court in August 2012. (##7, 8). This case is thus closed in this court. Review of the documents that Plaintiffs filed with their letter to the court (#9; 9-1) also indicates that upon remand, this case was dismissed from the Superior Court of Mecklenburg County in November 2012 and Plaintiff s were served with a copy of the Order dismissing the case. (#9-1, p. 29-33).

Having no jurisdiction over this matter, and thus being unable to grant any relief to Plaintiffs, the court will direct the clerk of court to send copies of Plaintiffs' "Motion" to the Superior Court of Mecklenburg County, which adjudicated the merits of Plaintiffs' claims. The court therefore enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiffs' *pro se* "Motion for Disposition of Children" (#10), to the extent it seeks relief from this court, is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court send copies of Plaintiffs' Motion (#10) and this Order to the Superior Court of Mecklenburg County.

Signed: May 12, 2015

Max O. Cogburn Jr.
United States District Judge